# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 55 EAL 2022 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| DARRYL SEALS, PETITITONER | : | |
| | | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 56 EAL 2022 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| DARRYL SEALS, | : | |
| Petitioner | : | |
| | | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 57 EAL 2022 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| DARRYL SEALS, | : | |
| Petitioner | : | |

## **ORDER**

**PER CURIAM**

**AND NOW**, this 6th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.